IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HENRY RIVERA,**

      Petitioner,

v.                                   No. CV 14-0662 RB/LAM

**JAMES JANECKA, Warden,**

      Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 15)*, filed on December 5, 2014. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 10)*, deny Petitioner's *Motion for Stay and Abeyance (Doc. 5)*, and dismiss this case without prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 15)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Petitioner's *Motion for Stay and Abeyance (Doc. 5)* is **DENIED**.

**IT IS FURTHER ORDERED** this case be **DISMISSED WITHOUT PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

                                                  _____
                                                  **HONORABLE ROBERT C. BRACK**
                                                  **UNITED STATES DISTRICT JUDGE**